John C. TUTTLE, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

January 18, 1949.

J. Milton Luker for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General for opposed.

PER CURAM.

Appeal denied. Judgment affirmed.

Harold BERRY, Movant, v. COMMONWEALTH
of Kentucky, Opposed.

January 11, 1949.

Rodes K. Myers and Leland H. Logan, for movant.

A. E. Funk, Attorney General and Zeb A. Stewart, Assistant General opposed.

PER CURAM.

Appeal denied. Judgment affirmed.

U-DRVE-IT COMPANY, Inc., Movant, v.
Gerald R. SNAVELY, Opposed.

January 28, 1949.

Jos. W. Cambron for movant.

Cyril Sehlinger opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.